**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Richard Stephen Calkins and Susan C. Norman v. Maurice
                         Bresenham, Jr., Administrator of the Estate of Mary Olive Hull
                         Calkins, Deceased

Appellate case number:   01-18-00160-CV

Trial court case number: 441165

Trial court:             Probate Court No 2 of Harris County

       Appellee's "Motion to Reset Appellate Record Due Date" and appellee's motion to dismiss the appeal for failure to file a brief are dismissed as moot. The record has been filed and briefs have been submitted.

       It is so ORDERED.


Judge's signature: ___/s/ Sarah Beth Landau_____
                              Acting individually


Date:   __January 17, 2019_____